UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jose Nunez

    v.                                      Civil No. 16-cv-129-JL

FCI Berlin, Warden

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 24, 2017. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    **SO ORDERED.**

                                                                                   /s/ Joe Laplante
                                                                   Joseph N. Laplante
                                                                   United States District Judge

Date: August 10, 2017

cc:   Jose Nunez, pro se
       Seth R. Aframe, AUSA